# United States District Court
# District of Idaho

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>NATALIA M. DUNN,<br><br>    Defendant. | CR 13-00048-TJH<br><br>Order |

  The Court has considered Defendant Natalia M. Dunn's unopposed motion for the return of her passport, filed April 15, 2014.

  The Defendant's passport was surrendered to the Court upon her arraignment and as a condition of pretrial release. On August 14, 2013, the Court issued a Judgment of Acquittal, which concluded Defendant's conditions of pretrial release.

  Therefore, IT IS HEREBY ORDERED that Defendant's passport be returned to her.

Date: May 8, 2014

                    _/s/ Terry J. Hatter, Jr._
                    Terry J. Hatter, Jr.
                Senior United States District Judge